# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIOTR STANISLAW JABLONSKI,<br><br>                    Petitioner,<br><br>    v.<br><br>CHRISTOPHER J. LAROSE, *et al.*,<br><br>                    Respondents. | Case No. 25-cv-03350-BAS-SBC<br><br>**ORDER REQUIRING THE GOVERNMENT TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

    On November 28, 2025, Petitioner Piotr Stanislaw Jablonski filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) In his Petition, Petitioner claims that he is being detained by Immigration and Customs Enforcement in violation of the Fifth Amendment, the immigration laws, and the Administrative Procedure Act. (*Id.*)

    Having reviewed the Petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false."). Therefore, the Court will order the Government to respond to the Petition. Accordingly, the Court **ORDERS** as follows:

1. The Government must file a response to the Petition no later than **December 8, 2025**. The Government's response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2. Petitioner may file a reply in support of his Petition no later than **December 15, 2025**.

3. The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition (ECF No. 1) and this Order.

**IT IS SO ORDERED.**

DATED: December 1, 2025

**Hon. Cynthia Bashant, Chief Judge**
United States District Court